STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**CONCEPCION TORRES HERNANDEZ**     Case No.   11-06431-ESL

Chapter 13     Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [X] Substitute | M. Vega | | |

**Date & Time:** 9/7/2011 8:20:00AM

[ ] R    [X] NR    LV:

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

**Banco Popular de P.R.--Gutierrez**

**II. Oath Administered**
     [ ] Yes      [X] No

**III. Plan**

Date: 07/29/2011     Base: $39,600.00    Payments 1 made out of 1 due.

**Confirmation Hearing Date:** 10/12/2011 9:00:00AM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $146.00 = $2,854.00

**IV. Status of Meeting**

[ ] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

**Continued Date:** 10/20/2011 2:30:00PM

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**CONCEPCION TORRES HERNANDEZ**           Case No.   11-06431-ESL

                                         Chapter 13      Attorney Name:    R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [X] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [X] Fails liquidation value test |    [ ] State  - years |
| [ ] Insuarence quote |    [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Debtor failed to bring social security card; meeting continued for this reason.

2) No provision BPPR-POC 1

 

**s/Rosamar García**                                                      Date:     09/07/2011

   **Trustee/Presiding Officer**                                                                                    (Rev. 02/11)