STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**CONCEPCION TORRES HERNANDEZ**   Case No.   11-06431-ESL

Chapter 13   Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |

[ ] Prose

[X] Substitute   Michelle Vega Esq.

Date & Time:   10/20/2011   2:30:00PM

[ ] R   [X] NR   LV:   see below

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

**Banco Popular de P.R.-Gutierrez**

**II. Oath Administered**

[ ] Yes   [X] No

**III. Plan**

Date:   07/29/2011   Base:   $39,600.00   Payments 2 made out of 2 due.

Confirmation Hearing Date:   12/14/2011   9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $146.00  =  $2,854.00

**IV. Status of Meeting**

[ ] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   12/8/2011   10:00:00AM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear:  [ ] Commence payments

[ ] Keep payments current  [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
# REPORT OF ACTION TAKEN
# MEETING OF CREDITORS

In re:

**CONCEPCION TORRES HERNANDEZ**  Case No.  11-06431-ESL

Chapter 13  Attorney Name:  R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] **FAVORABLE**

[ ] **UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
|  |   [ ] State  -  years |
| [ ] Fails liquidation value test | |
| [ ] Insuarence quote |   [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
|  |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
|  | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
|  |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**CONCEPCION TORRES HERNANDEZ**  Case No. **11-06431-ESL**

Chapter 13  Attorney Name: **R FIGUEROA CARRASQUILLO LAW OFFICE**

**COMMENTS**

Meeting continued as amended plan was filed yesterday, Trustee to review.

Prelim LV 141,425.00

Taking into consideration previous plan, the presiding notes the following :

Plan is insufficiently funded to pay 100 + 6%.

Debtor to clarify her address, as per voluntary petition is Urb. Enramada at Bayamon, however the BPPR POC included a mortgage note that reflects the address is Urb. Enramada located at Barrio Palmas Catañao.

Currently, plan has no provision for POC 1-1; amend accordingly.

Pending to resolve objection to confirmation filed by creditor BPPR

s/Pedro R Medina                                  Date:    10/20/2011

Trustee/Presiding Officer                                      (Rev. 02/11)